In the Matter of the Accounting of WARREN L. KESSLER et al., as Executors of PEARL L. KESSLER, Deceased. ROSE LEVITT, Appellant; IRVING JACOBS et al., as Coexecutors of WARREN L. KESSLER, Deceased, Respondents; M. CLAIBORNE MEBEL, as Coexecutrix of PEARL L. KESSLER, Deceased, Respondent. —

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.